1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   ROSALIN D. SUTTON,                         CASE NO. 11-CV-536 JLS (WVG)

12                            Plaintiff,        **ORDER: (1) ADOPTING REPORT**
                                                **AND RECOMMENDATION;**
13          vs.                                 **(2) DENYING PLAINTIFF'S**
                                                **MOTION FOR SUMMARY**
14                                              **JUDGMENT; (3) GRANTING**
                                                **DEFENDANT'S MOTION FOR**
15   MICHAEL J. ASTRUE,                         **SUMMARY JUDGMENT**

16                            Defendant.        (ECF Nos. 15, 17, 18)

17

18          Presently before the Court are Plaintiff's Motion for Summary Judgment (ECF No. 15),

19   Defendant's Motion for Summary Judgment (ECF No. 17) and Magistrate Judge Gallo's report and

20   recommendation, which advises that the Court deny Plaintiff's motion and grant Defendant's motion

21   (ECF No. 18).

22          Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's

23   duties in connection with a magistrate judge's report and recommendation.  The district court must

24   "make a de novo determination of those portions of the report to which objection is made," and "may

25   accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

26   judge."  28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980);

27   *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  However, in the absence of timely

28   objection, the Court "need only satisfy itself that there is no clear error on the face of the record in

order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Here, Plaintiff has failed to timely file objections to Magistrate Judge Gallo's report and recommendation. Having reviewed the report and recommendation, the Court finds that it is thorough, well reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Gallo's report and recommendation, (2) **DENIES** Plaintiff's motion for summary judgment, and (3) **GRANTS** Defendant's motion for summary judgment. This Order concludes the litigation in this matter. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: May 11, 2012

Honorable Janis L. Sammartino
United States District Judge